```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X
                                       :   UNSEALING ORDER
UNITED STATES OF AMERICA               :   S1 21 Cr. 56 (JPC)
                                       :
        - v. -
                                       :
KAREEM RODERIQUE,
    a/k/a "Ernest Tucker,"             :
ROBERT SHANNON,
    a/k/a "Tank," and                  :
NIKIA KING,
    a/k/a "Sis,"          ,            :

                Defendants.            :

- - - - - - - - - - - - - - - - - - - X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Audrey Strauss, by Assistant United States Attorney Michael R. Herman;

It is found that the Superseding Indictment in the above-captioned action, S1 21 Cr. 56, is currently sealed and the United States Attorney's Office has applied to have that Superseding Indictment unsealed, it is therefore

ORDERED that the Superseding Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
       February 4, 2021

_____
HONORABLE JOHN P. CRONAN
UNITED STATES DISTRICT JUDGE