# ZEMAN & WOMBLE, LLP

KEN WOMBLE  
20 VESEY STREET, RM 400  
NEW YORK, NY 10007

P  (718) 514 - 9100  
F  (917) 210 - 3700  
WOMBLE@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

---

February 8, 2021

BY ECF & EMAIL  
Hon. John P. Cronan  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

> It is hereby ORDERED that Defendant King's request for a modification of the conditions of her pre-trial supervision is DENIED.
>
> SO ORDERED.
>
> Date: February 10, 2021
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

Re:   *USA v. Nikia King*  
         21 Cr. 56 (JPC)

Dear Judge Cronan:

    I represent Nikia King in the above-referenced matter. I write to respectfully request a modification of the conditions of my client's pre-trial supervision to allow for her continued use of medical marijuana.

    During her interview with Pre-Trial Services on February 4, 2021, Ms. King notified the interviewing officer that she has a legal medical marijuana prescription in New Jersey (her state of residence). In 2004, Ms. King's twin sister and mother died within three months of each other. Following their deaths, Ms. King was prescribed Zoloft to deal with her depression and anxiety. After many years of taking her Zoloft prescription, Ms. King noticed that she was feeling lethargic and depressed again. With the assistance of her doctor, she weaned herself off the drug.

    In March of 2020, Ms. King received a prescription from Dr. William Steck of West Orange, NJ, for medical marijuana. I have attached to this letter motion a copy of Ms. King's New Jersey medical marijuana card. Since she has been taking legal marijuana, Ms. King's depression and anxiety have diminished greatly and she feels the best she has in quite some time. At this critical moment, I urge the Court to allow Ms. King to continue this form of medication that has shown such benefits to her well-being over the last year.

    I have conferred with the Government and they take no position regarding this request.

Respectfully Submitted,

Ken Womble  
Zeman & Womble, LLP  
Counsel for Nikia King

Cc:  AUSA Michael Herman