UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

            -against-

Nikia King

                                Defendant(s).

------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 -CR- 56 ( ) ( )

Defendant __Nikia King_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

_X_ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_/s/ Nikia King_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Nikia King**
_____
Print Defendant's Name

*Ken Womble*
_____
Defendant's Counsel's Signature

**Ken Womble**
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__February 10, 2021__
Date

_____
U.S. District Judge/U.S. Magistrate Judge