UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Nikia King

                                            Defendant(s).

------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21   -CR- 56 ( ) ( )

Defendant __Nikia King_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___   Initial Appearance Before a Judicial Officer

___   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

_X_   Conference Before a Judicial Officer


_/s/ Nikia King_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Ken Womble_____
Defendant's Counsel's Signature

**Nikia King**
_____
Print Defendant's Name

**Ken Womble**
_____
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

~~3/31/21~~   4/1/2021
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge