# ZEMAN & WOMBLE, LLP

KEN WOMBLE  P  (718) 514 - 9100
20 VESEY STREET, RM 400  F  (917) 210 - 3700
NEW YORK, NY 10007  WOMBLE@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

---

**BY ECF & EMAIL**

Hon. John P. Cronan  May 25, 2020
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *United States v. Nikia King*
     21 CR 56 (JPC)

Dear Judge Cronan,

    I represent defendant Nikia King in the above-entitled matter and I write this letter respectfully requesting that Ms. King''s home incarceration bail conditions be temporarily modified to allow her to attend her Aunt's funeral. The funeral services for Cleo Taylor will be held tomorrow, May 26, 2021 at Mount Pleasant Missionary Baptist Church and Perry Funeral Home, both in Newark, New Jersey.

    Since she was released from custody following initial presentment, Ms. King has fully complied with her bail conditions. I make this request with the consent of the Government and Ms. King's Pretrial Services officer.

Respectfully,

Ken Womble
Zeman & Womble, LLP

Defendant Nikia King's request is granted. Ms. King shall be permitted to travel to Newark, New Jersey on May 26, 2021 to attend her Aunt's funeral.

SO ORDERED.

Date:  May 25, 2021
       New York, New York

_____
JOHN P. CRONAN
United States District Judge