```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA                                           :
                                                                   :
            -v-                                                    :    21 Cr. 56 (3) (JPC)
                                                                   :
KAREEM RODERIQUE,                                                  :         ORDER
   a/k/a "Ernest Tucker,"                                          :
ROBERT SHANNON,                                                    :
   a/k/a "Tank," and                                               :
NIKIA KING,                                                        :
   a/k/a "Sis,"                                                    :
                                                                   :
                       Defendants.                                 :
                                                                   :
-------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On February 4, 2021, Ken Womble was appointed as counsel for Defendant Nikia King pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, after King submitted a financial affidavit. Dkt. 15. On June 17, 2021, Wanda M. Akin submitted a motion for admission *pro hac vice* to appear as counsel for Ms. King. Dkt. 48. By June 24, 2021, Mr. Womble shall submit a letter indicating whether, in the event the Court grants Ms. Akin's motion, he intends to move to be relieved as counsel for Ms. King.

SO ORDERED.

Dated: June 22, 2021
       New York, New York
                                               _____
                                                      JOHN P. CRONAN
                                                  United States District Judge