# WANDA M. AKIN & ASSOCIATES
### ATTORNEYS AT LAW

WANDA M. AKIN
Member, New Jersey Bar
wakin@akinlegal.com

**ONE GATEWAY CENTER, SUITE 2600**
**NEWARK, NEW JERSEY 07102**
--------------------------------
744 BROAD STREET, 16TH FLOOR
NEWARK, NEW JERSEY 07102
--------------------------------
TELEPHONE: **973-623-6834**
FACSIMILE: **973-735-2695**
www.akinlegal.com
www.brownakin.com

**VIA ECF & ELECTRONIC MAIL TO CHAMBERS**

July 12, 2021

Honorable John P. Cronan, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 15D
New York, NY 10007-1312

      Re: **U.S. v. Roderique et al., (Nikia King)**
         **1:21-cr-00056 (JPC)**

Dear Judge Cronan:

  I, Wanda M. Akin, Esq., represent defendant Nikia King in the above-referenced matter. Respectfully, I write this letter to request that Ms. King's home incarceration bail conditions be temporarily modified to allow her to be in her family member's wedding party, to participate in the ceremony and wedding reception.

  Ms. King's and her nephew, Lamar Mikell, are extremely close as he lived with her while he attended high school. She raised him during those high school years. Mr. Mikell, 34 years old, is the son of Ms. King's sister, Latanya Freeman.

  Mr. Mikell is to marry Inas Myers on Saturday, July 17, 2021, in a religious service followed by a reception. This wedding has been long planned, before the Indictment was returned against Ms. King in this matter, and the betrothed and Ms. King have expended funds for the wedding attire and other services and items necessary for the wedding ceremony and reception. The wedding invitation and the wedding program, that lists Ms. King as a member of the wedding party, are attached for the Court's consideration.

  The wedding starts at 7:00 p.m. with the reception immediately following at the same location, Grill 350, 350 Pleasant Valley Way, West Orange, New Jersey. She respectfully asks to be allowed to leave her home at 5:30 p.m. and to return by midnight. However, if the Court believes that she should return before the completion of the reception, of course, she would abide by whatever time limitations the Court imposes.

Ms. King's daily monitoring by US Pretrial Services is conducted by the USPTS Office in the District of New Jersey by USPTSO Luis Baez. Mr. Baez has reported to US Pretrial Services in the Southern District of New York that Ms. King has been compliant with her bail conditions. And as Your Honor may recall, the Court allowed Ms. King to attend her aunt's funeral on May 26, 2021, and she did so without incident, complying with the terms of that temporary bail modification.

This request for Nikia to attend the wedding is made with the consent of both Pretrial Services Offices. However, the government opposes the application and indicated that it does not believe that she should be permitted to attend a social event with large numbers of people under these circumstances.

I respectfully ask that Your Honor consider this letter motion and allow Ms. King to attend this family event.

I thank Your Honor for his consideration of this application.

Respectfully submitted,

/s/Wanda M. Akin

Wanda M. Akin

ATTACHMENTS
WMA:wma

Cc: Michael Ross Herman, Esq., Assistant U.S. Attorney (via email and ECF)
Ms. Nikia King (via email)

L:\Team Folders\Internal\documents\Criminal Cases\Nikia King\Letter Motion to Hon. John P. Cronan, U.S.D.J., Re Temporary Bail Modification To Attend Wedding.doc

Defendant Nikia King's request is granted. Ms. King may attend Mr. Mikell's wedding. Her home confinement is modified to allow her travel to and attendance at the wedding between 5:30 p.m. and 12:00 a.m. on July 17, 2021.

SO ORDERED.

Date: July 12, 2021
New York, New York

JOHN P. CRONAN
United States District Judge