UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                          :
:
                -v-                                                : 21 Cr. 56 (JPC)
:
KAREEM RODERIQUE                                                   : ORDER
   a/k/a "Ernest Tucker,"                                         :
ROBERT SHANNON,                                                    :
   a/k/a "Tank," and                                              :
NIKIA KING,                                                        :
   a/k/a "Sis,"                                                   :
:
                          Defendants.                              :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court has set a trial-ready date in this case of April 4, 2022 and the Court has excluded time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until that day.  The Court received a letter that appears to request an adjournment of the trial to sometime between April 25, 2022 and June 17, 2022.  *See* Dkt. 68.  The Court could potentially set the case for a trial-ready date of May 23, 2022, but counsel for all parties shall advise the Court by November 16, 2021 as to their position on whether time should be excluded under the Speedy Trial Act through May 23, 2022, and the grounds for the exclusion, in the event that the Court sets a trial-ready date for then.

      The Clerk of Court is respectfully directed to terminate the motion pending on Docket 68.

      SO ORDERED.

Dated: November 10, 2021
       New York, New York
                                                        JOHN P. CRONAN
                                                  United States District Judge