Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K<br>
Brooklyn, New York 11230<br>
t: (718) 783-3682<br>
e: ezra@spilkelaw.com<br>
www.spilkelaw.com

November 10, 2021

**By ECF**
The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *United States v. Roderique et al.*, No. 21 Cr. 56 (JPC)
     Exclusion of Time to May 23, 2022

Dear Judge Cronan:

    We write jointly in response to the Court's order issued today. To make explicit what was previously implied, defendant Kareem Roderique is requesting a continuance to May 23, 2022. The Court directed the parties to advise the Court as to their position on the exclusion of time under the Speedy Trial Act through May 23, 2022. The Government moves for an exclusion of time from April 4 to May 23, 2022. The defendants have no objection.

    As to the grounds for the exclusion, the ends of justice served by a continuance outweigh the interests of the public and the defendants in a speedy trial. Additional time is reasonably necessary to accommodate defense counsel's trial schedule. The defendants have an interest in the continuity of counsel who are familiar with the case and with the discovery. The additional time will allow counsel to adequately prepare for trial in this case without the interference of preparing for another trial. We appreciate the Court's considerate attention to this matter.

Respectfully submitted,

[Signatures continued on next page]

| /s/ Ezra Spilke | /s/ Daniel Welsh |
|---|---|
| Ezra Spilke | Daniel J. Welsh |
| 1825 Foster Avenue, Suite 1K | 26 Journal Square Suite 300 |
| Brooklyn, New York 11230 | Jersey City, NJ 07306 |
| Tel: (718) 783-3682 | Tel: 201-798-4100 |
| Counsel for Kareem Roderique | Counsel for Robert Shannon |

Hon. John P. Cronan  November 10, 2021
Re: Exclusion of Time to May 23, 2022  Page 2 of 2

    /s/ Wanda Akin                           /s/ Michael Herman
Wanda M. Akin                             Michael Ross Herman
Wanda Akin & Associates           David Robles
One Gateway Center               United States Attorney's Office
Ste. 2600                                     Southern District of New York
Newark, NJ 07102                 1 St. Andrew's Plaza
Tel: (973)-623-6834               New York, NY 10007
Counsel for Nikia King            Tel: (212) 637-2221

cc:    All counsel of record by ECF

The parties' request is granted.  The trial ready date is adjourned to May 23, 2022, and the parties should be prepared to proceed with trial on that date.  The Court will exclude time until May 23, 2022 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendants in a speedy trial, and is necessary to allow the parties to prepare for trial without the interference of preparing for another trial.

SO ORDERED.

Date:   November 10, 2021
           New York, New York

                                                  JOHN P. CRONAN
                                                United States District Judge