```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
                -v-                                               :   21 Cr. 56 (JPC)
                                                                  :
KAREEM RODERIQUE                                                  :   ORDER
    a/k/a "Ernest Tucker,"                                        :
ROBERT SHANNON,                                                   :
    a/k/a "Tank," and                                             :
NIKIA KING,                                                       :
    a/k/a "Sis,"                                                  :
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court has set a trial-ready date in this case of May 23, 2022.  The Government shall provide Defendants with notice of any evidence it seeks to admit at trial under Federal Rule of Evidence 404(b) by April 11, 2022.  By April 22, 2022, the parties shall submit proposed *voir dire*, requests to charge, and verdict forms, which may be submitted individually by each Defendant or jointly by multiple or all Defendants.  Any motions *in limine* also shall be filed by April 22, 2022, with oppositions to those motions due by April 29, 2022.  The Court also directs the parties to Part 7 of its Individual Rules and Practices in Criminal Cases for further requirements as to the submission of pretrial materials, exhibit lists, exhibits, and material pursuant to 18 U.S.C. § 3500.

The Court will hold a Final Pretrial Conference on May 11, 2022, at 10:00 a.m.  Unless otherwise advised by the Court, the Final Pretrial Conference shall occur in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: November 10, 2021
       New York, New York

_____
JOHN P. CRONAN
United States District Judge