UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                              :

UNITED STATES OF AMERICA,                 :

      -v-                                  :        21 Cr. 56 (JPC)

KAREEM RODERIQUE                    :        <u>ORDER</u>
    a/k/a "Ernest Tucker,"
ROBERT SHANNON,
    a/k/a "Tank," and
NIKIA KING,
    a/k/a "Sis,"

                Defendants.

------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On September 29, 2021, the Court held a status conference in this action. During the conference, the Court set a briefing schedule for Defendant Shannon's motion to suppress and scheduled a hearing for December 16, 2021 at 10:00 a.m. in connection with that motion. Dkt. 73 at 5-6. On November 5, 2021, Defendant Shannon filed a letter advising the Court that he will not be filing a motion to suppress. Dkt. 67. Accordingly, the hearing scheduled for December 16, 2021 is adjourned *sine die*. In the event any party feels that there is a need for a status conference on or around that date, they should advise the Court by December 3, 2021.

       SO ORDERED.

Dated: November 23, 2021
       New York, New York
                                                    JOHN P. CRONAN
                                                    United States District Judge