UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                                         :

UNITED STATES OF AMERICA,               :

                                             :

                -v-                    :             21 Cr. 56 (JPC)

                                             :

KAREEM RODERIQUE                :               ORDER
   a/k/a "Ernest Tucker,"         :
ROBERT SHANNON,                :
   a/k/a "Tank," and           :
NIKIA KING,                       :
   a/k/a "Sis,"                    :

                                           :

                    Defendants.     :

                                         :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     On November 10, 2021, the Court set a trial-ready date in this case for May 23, 2022.  Dkt.

71.  By no later than February 4, 2022, the parties shall submit a joint letter to the Court with their

current views on whether they still expect the case to proceed to trial as scheduled.

     SO ORDERED.

Dated: February 1, 2022
      New York, New York                            _____
                                              JOHN P. CRONAN
                                    United States District Judge