UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                :
UNITED STATES OF AMERICA,         :
                :
           -v-                :         21 Cr. 56 (JPC)
                :
KAREEM RODERIQUE             :         ORDER
    a/k/a "Ernest Tucker,"          :
ROBERT SHANNON,               :
    a/k/a "Tank," and             :
NIKIA KING,                       :
    a/k/a "Sis,"                  :
                :
            Defendants.    :
                :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court is in receipt of the parties' letter dated February 4, 2022. Dkt. 79. It is hereby ordered that Defendant Robert Shannon shall appear for a status conference on February 8, 2022 at 1:00 p.m. and Defendants Kareem Roderique and Nikia King shall appear for a status conference on February 9, 2022 at 10:00 a.m. The status conferences will be held in Courtroom 12D of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated: February 7, 2022
      New York, New York

                                             JOHN P. CRONAN
                                             United States District Judge