UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                     :
UNITED STATES OF AMERICA,                    :

           -v-                                          :         21 Cr. 56 (JPC)

KAREEM RODERIQUE                            :            ORDER
    a/k/a "Ernest Tucker,"
ROBERT SHANNON,
    a/k/a "Tank," and
NIKIA KING,
    a/k/a "Sis,"

                       Defendants.
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court has set a trial-ready date in this case of June 6, 2022. The Government shall provide Defendants with notice of any evidence it seeks to admit at trial under Federal Rule of Evidence 404(b) by April 25, 2022. By May 6, 2022, the parties shall submit proposed *voir dire*, requests to charge, and verdict forms, which may be submitted individually by each Defendant or jointly by multiple or all Defendants. Any motions *in limine* also shall be filed by May 6, 2022, with oppositions to those motions due by May 13. The Court also directs the parties to Part 7 of its Individual Rules and Practices in Criminal Cases for further requirements as to the submission of pretrial materials, exhibit lists, exhibits, and material pursuant to 18 U.S.C. § 3500.

The Court will hold a Final Pretrial Conference on June 2, 2022, at 9:30 a.m. Unless otherwise advised by the Court, the Final Pretrial Conference shall occur in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: February 9, 2022
       New York, New York

                                                JOHN P. CRONAN
                                       United States District Judge