```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
                -v-                                                     :   S1 21 Cr. 56 (JPC)
                                                                        :
KAREEM RODERIQUE                                                        :   ORDER
     a/k/a "Ernest Tucker,"                                             :
ROBERT SHANNON,                                                         :
     a/k/a "Tank," and                                                  :
NIKIA KING,                                                             :
     a/k/a "Sis,"                                                       :
                                                                        :
                            Defendants.                                 :
                                                                        :
------------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court previously set a trial-ready date in this case of June 6, 2022. Dkt. 81. Trial dates for the second quarter of 2022 have been released, and this matter has been calendared to commence trial on June 1, 2022 and to continue through the week of June 6, 2022. It is hereby ORDERED that the parties shall submit a joint letter by March 9, 2022 in the event any party has a scheduling conflict with commencing trial on June 1, 2022 instead of June 6. To the extent there is a conflict, the parties shall also propose alternative trial ready dates in the second and third quarters of 2022.

If no scheduling conflict exists, the Final Pretrial Conference scheduled for June 2, 2022, at 9:30 a.m. is rescheduled to May 26, 2022, at 9:30 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. The deadlines for pretrial submissions as set forth in the Court's February 9, 2022 Order, Dkt. 81, shall remain the same:

- The Government shall provide Defendants with notice of any evidence it seeks to admit at trial under Federal Rule of Evidence 404(b) by April 25, 2022.

- The parties shall submit proposed *voir dire*, requests to charge, and verdict forms, which may be submitted individually by each Defendant or jointly by multiple or all Defendants, by May 6, 2022.

- The parties shall submit any motions *in limine* by May 6, 2022, with oppositions to those motions due by May 13, 2022.

SO ORDERED.

Dated: March 3, 2022  
       New York, New York

                                                  JOHN P. CRONAN  
                                        United States District Judge