```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
              -v-                                                  :     S1 21 Cr. 56 (JPC)
                                                                   :
KAREEM RODERIQUE                                                   :     ORDER
    a/k/a "Ernest Tucker,"                                         :
ROBERT SHANNON,                                                    :
    a/k/a "Tank," and                                              :
NIKIA KING,                                                        :
    a/k/a "Sis,"                                                   :
                                                                   :
                            Defendants.                            :
                                                                   :
-------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The guilty plea conference for Defendant Nikia King is scheduled for May 5, 2022, at 5:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. *See* Dkt. 95. By May 2, 2022, the parties shall advise the Court of the following by joint letter or individual letters: Whether the parties expect that Defendant King's remand will be mandatory in the event that she enters a guilty plea. *See* 18 U.S.C. § 3143(a)(2). If so, the Court respectfully reminds defense counsel that it expects counsel to prepare Defendant King for the possibility of detention commencing at the end of the plea proceeding, in accordance with 6.B of the Court's Individual Rules and Practices in Criminal Cases.

SO ORDERED.

Dated: April 27, 2022
       New York, New York

_____
JOHN P. CRONAN
United States District Judge