UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                     :

UNITED STATES OF AMERICA,                :

                      -v-                                        :          S1 21 Cr. 56 (JPC)

KAREEM RODERIQUE,                   :          <u>ORDER</u>
   a/k/a "Ernest Tucker,"
ROBERT SHANNON,
   a/k/a "Tank," and
NIKIA KING,
   a/k/a "Sis,"

                  Defendants.
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     During the conference with Defendant Nikia King held on May 5, 2022, the Court adjourned the trial date in this case to July 11, 2022, pending Defendant Robert Shannon's availability to commence trial on that date. Accordingly, it is hereby ORDERED that, by May 10, 2022, Defendant Shannon shall advise the Court whether he is available to commence trial on July 11, 2022. It is further ORDERED that, by May 31, 2022, the parties shall submit proposed *voir dire*, requests to charge, and verdict forms, which may be submitted individually by each trial Defendant or jointly by both remaining trial Defendants. Any motions *in limine* also shall be filed by May 31, 2022, with oppositions to those motions due by June 7, 2022. The Court also directs the parties to Part 7 of its Individual Rules and Practices in Criminal Cases for further requirements as to the submission of pretrial materials, exhibit lists, exhibits, and material pursuant to 18 U.S.C. § 3500.

The Final Pretrial Conference currently scheduled for May 25, 2022, at 11:00 a.m. is adjourned to July 5, 2022, at 10:00 a.m., in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: May 6, 2022
      New York, New York

                                              JOHN P. CRONAN
                                    United States District Judge