UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                     :
:
        -v-                                       :        S1 21 Cr. 56 (JPC)
:
KAREEM RODERIQUE                              :        ORDER
    a/k/a "Ernest Tucker,"                     :
ROBERT SHANNON,                               :
    a/k/a "Tank," and                          :
NIKIA KING,                                   :
    a/k/a "Sis,"                               :
:
              Defendants.              :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court held a *Curcio* hearing for Defendant Nikia King on May 5, 2022, which has been continued to May 18, 2022, at 5:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.  The Government is hereby ORDERED to provide a copy of the transcript from the May 5, 2022 hearing to CW-1's counsel.  The Government is further ORDERED to advise CW-1's counsel of the May 18, 2022 hearing in the event that CW-1's counsel chooses to appear to express any views on behalf of CW-1.

       SO ORDERED.

Dated: May 16, 2022
       New York, New York
                                                         JOHN P. CRONAN
                                                         United States District Judge