UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                        :

UNITED STATES OF AMERICA,              :

      -v-                                          :          S1 21 Cr. 56 (JPC)

KAREEM RODERIQUE                        :          <u>ORDER</u>
   a/k/a "Ernest Tucker,"
ROBERT SHANNON,
   a/k/a "Tank," and
NIKIA KING,
   a/k/a "Sis,"

                 Defendants.

-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Government's request to schedule a change-of-plea proceeding for Defendant Nikia King is granted. Dkt. 111. The change-of-plea hearing for Defendant King will be held on May 31, 2022, at 3:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. By May 27, 2022, the parties shall advise the Court of the following by joint letter or individual letters: Whether the parties expect that Defendant King's remand will be mandatory in the event that she enters a guilty plea. *See* 18 U.S.C. § 3143(a)(2). If so, the Court respectfully reminds defense counsel that it expects counsel to prepare Defendant King for the possibility of detention commencing at the end of the plea proceeding, in accordance with 6.B of the Court's Individual Rules and Practices in Criminal Cases.

The Clerk of Court is respectfully directed to close the letter motion pending at Docket Number 111.

SO ORDERED.

Dated: May 25, 2022
      New York, New York

                                                    JOHN P. CRONAN
                                            United States District Judge