**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1000

**Via Electronic Mail and ECF**                    June 2, 2022

Hon. John P. Cronan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

      **Re:  *United States v. King*, 21 Cr. 56 (JPC)**

Dear Judge Cronan:

      We write on behalf of our client, Nikia King, to respectfully request that Ms. King's home detention bail conditions be temporarily modified to allow her to attend the graduation ceremony for her fiancée's daughter, Janylah Kidd.

      Ms. King has lived with her fiancée and with Ms. Kidd for the past 17 years, since Ms. Kidd was one years old.  The two are extremely close; Ms. King considers Ms. Kidd to be like her own daughter and refers to her as such.  Ms. Kidd is now completing her final year of high school, and Ms. King has been invited to attend Ms. Kidd's graduation ceremony.

      Ms. Kidd's graduation ceremony will take place on Tuesday, June 7, 2022 at 6:00 p.m. at the Eddie Moraes Stadium in Newark, New Jersey.  Ms. King would expect to return from the ceremony by 11:00 p.m.

      Ms. King is currently in full compliance with her conditions of release.  Neither the Pretrial Services Office nor the government object to this request.

                                  Respectfully submitted,

                                  /s/  Arlo Devlin-Brown
                                 Arlo Devlin-Brown
                                 Covington & Burling LLP

cc:   All counsel of record via ECF

Defendant Nikia King's request is granted.  Ms. King may attend Ms. Kidd's graduation.  Her home confinement is modified to allow her travel to, from, and attendance at Ms. Kidd's graduation ceremony between 6:00 p.m. and 11:00 p.m. on June 7, 2022.

SO ORDERED.

Date:   June 3, 2022
           New York, New York

                                        _____
                                        JOHN P. CRONAN
                                        United States District Judge