```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                              :
UNITED STATES OF AMERICA,                                     :
                                                              :
                                                              :
             -v-                                              :    S1 21 Cr. 56 (JPC)
                                                              :
KAREEM RODERIQUE                                              :        ORDER
    a/k/a "Ernest Tucker,"                                    :
ROBERT SHANNON,                                               :
    a/k/a "Tank," and                                         :
NIKIA KING,                                                   :
    a/k/a "Sis,"                                              :
                                                              :
                       Defendants.                            :
                                                              :
------------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Trial in this case is scheduled to commence on July 12, 2022 and the Final Pretrial Conference is scheduled for July 5, 2022, at 10:00 a.m. On May 31, 2022, the Government filed a motion *in limine* requesting, among other things, that the Court permit testimony by a cooperating witness for the Government ("CW-1") about statements "concerning narcotics trafficking made to him by other members of the narcotics conspiracy" under Federal Rule of Evidence 801(d)(2)(E). Dkt. 125 at 15. In particular, the Government seeks to admit testimony by CW-1 of (1) "statements made by Kareem Roderique, including Roderique's statements about having provided money to CW-1 for the purpose of CW-1 attempting to purchase cocaine for the conspiracy from the [confidential source working with law enforcement] . . . and about [Robert] Shannon's and [Nikia] King's involvement in the conspiracy," and (2) "statements made by King, including that she delivered narcotics to [Ismael] Bimbow and to [a narcotics trafficker] CC-4." *Id.* at 16. Defendant Shannon opposes the Government's request on the grounds that the Government's

proffer "is very vague" and "it is unclear if the Government seeks to introduce through CW-1 purported statements of people other than Rod[e]rique and King." Dkt. 128 at 5.

It is hereby ORDERED that, by June 24, 2022, the Government shall submit supplemental briefing providing more detail as to the specific statements that it seeks to admit under Rule 801(d)(2)(E) and an explanation as to how each of those statements falls under Rule 801(d)(2)(E). Defendant Shannon shall file any response to the Government's supplemental briefing by June 29, 2022.

Dated: June 21, 2022
       New York, New York

                                                    _____
                                                            JOHN P. CRONAN
                                                         United States District Judge