UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,  :
:
:
-v-  : S1 21 Cr. 56 (JPC)
:
KAREEM RODERIQUE  : ORDER
   a/k/a "Ernest Tucker,"  :
ROBERT SHANNON,  :
   a/k/a "Tank," and  :
NIKIA KING,  :
   a/k/a "Sis,"  :
:
                        Defendants.  :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     Trial in this action will commence on July 12, 2022, at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

Dated: June 28, 2022
      New York, New York

                                                    JOHN P. CRONAN
                                                    United States District Judge