**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1000

**Via Electronic Mail and ECF**                              August 10, 2022

Hon. John P. Cronan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  *United States v. King*, 21 Cr. 56 (JPC)

Dear Judge Cronan:

We write on behalf of our client, Nikia King, to respectfully request that Ms. King's home detention bail conditions be temporarily modified to allow Ms. King to visit her sister, Latanya Freeman in the hospital. Ms. Freeman recently suffered a stroke and is hospitalized at Newark Beth Israel Medical Center, located at 201 Lyons Avenue, Newark, NJ 07112. We request that Ms. King be granted permission to visit Ms. Freeman upon giving notice to, and obtaining prior approval from, Ms. King's Pretrial Services Officer

Ms. King is currently in full compliance with her conditions of release. Neither the Pretrial Services Office nor the government object to this request.

Respectfully submitted,

 s/ Arlo Devlin-Brown
Arlo Devlin-Brown
Covington & Burling LLP

cc:     All counsel of record via ECF

Defendant Nikia King's unopposed request for temporary modification of her bail conditions is granted.  Ms. King's home detention bail conditions are temporarily modified to allow her to visit her sister, Latanya Freeman, in the hospital.  Ms. King is directed to give notice to, and obtain prior approval from, her Pretrial Services Officer before visiting her sister in the hospital.  All other conditions of Ms. King's bail remain the same.

SO ORDERED.

Date:   August 10, 2022
        New York, New York

_____
JOHN P. CRONAN
United States District Judge