```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA,                                              :
                                                                       :
                                                                       :
                                                                       :
            -v-                                                        :    21 Cr. 56 (JPC)
                                                                       :
NIKIA KING,                                                            :    ORDER
                                                                       :
                        Defendant.                                     :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

    Defendant Nikia King is scheduled to be sentenced tomorrow, October 27, 2022, at 4:00 p.m. Yesterday evening, the Court received a supplemental submission from King, Dkt. 190 ("Supplemental Submission"), with fourteen additional exhibits, which responded to the Government's submission, Dkt. 181, and addressed matters to include her role in the offense. The Government should inform the Court by the close of business today whether it would like to respond in writing to King's supplemental submission (as opposed to responding orally at tomorrow's sentencing), and if so, whether the Government requests a brief adjournment of the sentencing proceeding to make that written submission.

    SO ORDERED.

Dated: October 26, 2022  
      New York, New York  

                                                      JOHN P. CRONAN  
                                                United States District Judge