UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                            :
:
      -v-                                                              :          21 Cr. 56 (JPC)
:
NIKIA KING,                                                       :          <u>ORDER</u>
   a/k/a "Sis,"                                                   :
:
                      Defendant.          :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        On February 9, 2024, the Court received in the mail from Defendant Nikia King a mostly blank[1] two-page form order, AO 247, titled, "Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)." Dkt. 234. The mailing was not accompanied by a motion seeking a sentence reduction, nor does it indicate on what basis Defendant believes that her sentence should be reduced. Accordingly, the Court intends to take no action with respect to the mailing. The Clerk of the Court is respectfully directed to mail a copy of this Order to Defendant at:

        Nikia King
        Reg. No. 28800-509
        FCI Hazelton
        P.O. Box 5000
        Bruceton Mills, WV 26525

        SO ORDERED.

Dated: February 12, 2024
       New York, New York
                                                  JOHN P. CRONAN
                                                  United States District Judge

---

[1] The submission has the date of Defendant's judgment of conviction, her case number, and her U.S. Marshals number on the first page, and her name, case number, and this District on the second page. Dkt. 234.