| PROB 22<br>(Rev. 11/23) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>21-CR-00056-3 (JPC) |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)*<br>26-CR-338 (ZNQ) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Nikia King<br>East Brunswick, New Jersey | DISTRICT<br><br>SOUTHERN DISTRICT OF NEW YORK |
|---|---|
| | NAME OF SENTENCING JUDGE<br><br>U.S. District Judge John P. Cronan |

| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>04/10/2026 | TO<br>04/09/2031 |
|---|---|---|---|

OFFENSE

Conspiracy to Distribute and Possess with Intent to Distribute Narcotics, in violation of 21 U.S.C. § 846, 21 U.S.C. § 841(b)(1)(C), Class C Felony.

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Ms. King has established residence and prosocial ties in the District of New Jersey.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

      IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Jersey upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| June 23, 2026 | |
|---|---|
| *Date* | *United States District Judge* |

**By endorsement of the Transfer of Jurisdiction document, (Probation 22) and upon application of the United States of America, by and through the U.S. Probation Office, it is hereby ORDERED that in order to effectuate the Transfer of Jurisdiction of Nikia King's supervision from the Southern District of New York to the District of New Jersey, the sealed records of the Court in the above-styled matter relating to Nikia King are unsealed for the limited purpose of transferring those records to the United States District Court for the District of New Jersey and to the Probation Department in that district.**

 *This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

      IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and and assumed by this Court from and after the entry of this order.

| June 30, 2026 | |
|---|---|
| *Effective Date* | *United States District Judge* |